# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **ANNETTE D. STAMM,** | ) | **CASE NO. 1:07CV0081** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| v. | ) | |
| | ) | |
| **COMMISSIONER OF** | ) | |
| **SOCIAL SECURITY** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is an action to review a final decision of the Commissioner of Social Security denying Plaintiff's application for Supplemental Security Income (SSI) benefits under Title XVI of the Social Security Act, 42 U.S.C. § 1381 *et seq*.

On January 17, 2007, pursuant to L.R. 72.2, this matter was automatically referred to Magistrate Judge David S. Perelman for a report and recommendation.  (Dkt. # 5).  On October 16, 2007, the Magistrate issued a Report and Recommendation (R&R), recommending that the Court reverse the decision of the Administrative Law Judge (ALJ), enter judgment in favor of Plaintiff, and remand the matter to Defendant for a determination of the SSI benefits to which Plaintiff is entitled.  (Dkt. # 16).  Defendant timely filed objections to the Magistrate's R&R, arguing that the decision of the ALJ was supported by substantial evidence and should be upheld.  (Dkt. # 17).

1

The Court has reviewed the report and recommendation of the Magistrate Judge *de novo*, and finds that it is well-supported.  Therefore, the Report and Recommendation of Magistrate Judge Perelman (Dkt. # 16) is hereby **ADOPTED**.   Defendant's objections are **OVERRULED**.  The decision of the Commissioner is **REVERSED** and this matter is **REMANDED** for further proceedings consistent with the Report and Recommendation.

      **IT IS SO ORDERED**.

                                          **/s/ Peter C. Economus – December 12, 2007**
                                          **PETER C. ECONOMUS**
                                          **UNITED STATES DISTRICT JUDGE**